UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURNS,<br><br>                    Plaintiff,<br><br>-against-<br><br>DETECTIVE CAMPANA OF THE CITY OF YONKERS, NEW YORK, POLICE DEPARTMENT, ET AL.,<br><br>                    Defendants. | 25-cv-6348 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 27, 2025, order, the Court denies Plaintiff's request to proceed IFP, and dismisses this action without prejudice, pursuant to the PLRA's "three-strikes" provision.2 See 28 U.S.C. § 1915(g). Plaintiff remains barred, under Section 1915(g), from filing any future federal civil action IFP while he is a prisoner, unless he is under imminent danger of serious physical injury at the time that he files his complaint.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 28, 2025
             New York, New York

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge